UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER: 16-0888M |
|---|---|
| Arnold Gerald Leto III DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: April 27, 2016  8:55  ☑AM ☐PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes ☑No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑Yes ☐No
4. Charges under which defendant has been booked: 49 U.S.C § 46317(a)(1)
5. Offense charged is a: ☑Felony ☐Minor Offense ☐Petty Offense ☐Other Misdemeanor
6. Interpreter Required: ☑No ☐Yes  Language: _____
7. Year of Birth: 1980
8. Defendant has retained counsel: ☑No
   ☐Yes  Name: _____  Phone Number: _____
9. Name of Pretrial Services Officer notified: Duty Officer
10. Remarks (if any): _____
11. Name: Louis Burrell (please print)
12. Office Phone Number: 562-467-5367
13. Agency: US DOT-OIG
14. Signature: Louis Burrell
15. Date: 4-27-16

CR-64 (2/14)  REPORT COMMENCING CRIMINAL ACTION

FILED 2016 APR 27 AM 11:20 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES