ORIGINAL

HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ARNOLD LETO III

FILED
2016 APR 29 PM 3:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD LETO III,<br><br>Defendant. | Case No. 16-888M<br><br>**DECLARATION RE CERTIFICATES** |

Defendant, Arnold Leto III, by and through his attorney of record Deputy Federal Public Defender Georgina Wakefield, hereby files his declaration re certificates.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: April 29, 2016    By /s/ _____
GEORGINA WAKEFIELD
Deputy Federal Public Defender

1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  GEORGINA E. WAKEFIELD (Bar No. 282094)
   (E-Mail: Georgina_Wakefield@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   ARNOLD LETO III

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11

12 | UNITED STATES OF AMERICA,        | Case No. 16-888M
13 |         Plaintiff,               |
                                      | **DECLARATION RE**
14 |    v.                            | **CERTIFICATES**
15 | ARNOLD LETO III,                 |
16 |         Defendant.               |

17

18     I, Arnold Leto, declare that I am unable to locate any airmen certificate or pilot
19 instructor certificate. If I locate any airmen certificate or pilot instructor certificate, I
20 will immediately surrender it to my counsel of record, who will lodge it *in camera* with
21 the court. I will not apply for an airmen certificate or pilot instructor certificate during
22 the pendency of this case. This declaration is made solely for the purpose of meeting
23 the conditions of bond set in my case and is not intended to be an admission with
24 respect to the charges against me.

25     I declare under penalty of perjury that the foregoing is true and correct.

26

27 DATED: April 29, 2016                    _____
                                            [signature: Arnold Leto]
28